# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA <br> PLAINTIFF(S) <br> v. <br> PEN REGISTER <br> DEFENDANT(S) | CASE NUMBER: <br><br> 8:19–mj–00021 <br><br> **NOTICE TO FILER OF DEFICIENCIES IN CRIMINAL DUTY MATTERS E–FILING PILOT PROJECT CASE** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

| 1/11/2019 | 1 | Application |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**ERROR(S) WITH DOCUMENT**

\_ **NOT A PILOT PROJECT MATTER**
The document you filed is not included in the pilot project established by General Order No. 17–02 and must therefore be manually filed. Please bring your document to a Clerk's Office Criminal Intake window for filing, where a new case will be opened. This case has been administratively closed. Documents filed in this case after the issuance of this notice will not be reviewed.

X **INCORRECT CASE NUMBER ON APPLICATION**
The caption of the Application you filed indicates a case number different than that of the case in which you filed it. This case has therefore been administratively closed. Please open a new case electronically and e–file the correct document(s) with the new case number. Documents filed in this case after the issuance of this notice will not be reviewed.

\_ **INCORRECT DOCUMENT ATTACHED**
You attached a document that does not appear to match the event used to file it or the case in which it was filed. This case has therefore been administratively closed. Please open a new case electronically and e–file the correct document(s) with the new case number. Documents filed in this case after the issuance of this notice will not be reviewed.

\_ **PROPOSED ORDER NOT SUBMITTED WITH APPLICATION**
Please e–mail a copy of the proposed order to the chambers e–mail address of the appropriate duty magistrate judge (unless previously directed otherwise, the magistrate judge assigned to document duty the day the application was filed).

\_ **OTHER:**

Clerk, U.S. District Court

Dated: January 11, 2019        By: /s/ *Lori Wagers*
                                     Deputy Clerk